IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| TREVOR LAROSE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| LINCOLN COUNTY SCHOOL DISTRICT NO. 2; | ) Civil No. 15-CV-158-S |
| JON ABRAMS; JOSEPH HALE; and DOES 1-5, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff and Defendants, by and through their undersigned counsel, and hereby dismiss this action, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear their respective attorney's fees and costs.

BY: _____
Sara E. Van Genderen, WY # 6-2696
Matthew E. Turner, WY # 6-3467
Geittmann Larson Swift LLP
P.O. Box 4099
155 E Pearl, Suite 200
Jackson, WY 83001
Phone:      307-733-3923
Fax:        307-733-3947
Email: svg@mlslawyers.com
**ATTORNEYS FOR LINCOLN COUNTY SCHOOL DISTRICT NO. 2 ET AL.**

BY: _____/S/_____

John H. Robinson
JAMISON & ROBINSON, LLC
185 West Broadway- Suite 101
P.O. Box 4285
Jackson, WY 83001
Phone:     307-733-7703
Fax:        307-577-9435
**ATTORNEYS FOR PLAINTIFF**